# FIRST DISTRICT COURT OF APPEAL
# STATE OF FLORIDA

_____

No. 1D2025-0466

_____

HEATHER FISHER LINDSAY,

Petitioner,

v.

THE CITY OF MILTON,

Respondent.

_____

Petition for Writ of Certiorari—Original Jurisdiction.

July 7, 2025

PER CURIAM.

DISMISSED as moot.

OSTERHAUS, C.J., and RAY and M.K. THOMAS, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

C. Philip Campbell, Jr. and Samantha Peckham of Shumaker, Loop & Kendrick, LLP, Tampa, for Petitioner.

No appearance for Respondent.